377 A.2d 1001

Paramount Lithographic Plate Service, Inc., et al. v. Hughes Printing Company, Appellant.

Argued June 21, 1977. Morris R. Brooke, with him Sarah M. Thompson, for appellant; Stephen M. Feldman, with him Milton A. Feldman, for appellees.

Judgment affirmed.

377 A.2d 1001

Philadelphia National Bank v. Mimmo, et ux., Appellant.

Argued June 13, 1977. Carol Sanders, for appellant; Paul Shalita, with him Pierson, Jones & Nelson, for appellee.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.